Former decision, 559 U.S. 1111, 130 S. Ct. 2412, 176 L. Ed. 2d 931, 2010 U.S. LEXIS 3824.

## No. 09-9529. Cesar de la Garza, Petitioner v. Joan Fabian, Commissioner, Minnesota Department of Corrections.

561 U.S. 1040, 130 S. Ct. 3540, 177 L. Ed. 2d 1119, 2010 U.S. LEXIS 5285.

June 28, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1111, 130 S. Ct. 2412, 176 L. Ed. 2d 931, 2010 U.S. LEXIS 3753.

## No. 09-9795. Dennis O'Brien Edwards, Petitioner v. The Boeing Company, et al.

561 U.S. 1040, 130 S. Ct. 3540, 177 L. Ed. 2d 1119, 2010 U.S. LEXIS 5268.

June 28, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 930, 130 S. Ct. 3332, 176 L. Ed. 2d 1230, 2010 U.S. LEXIS 4341.

## No. 09-1287. Republican National Committee, et al., Appellants v. Federal Election Commission, et al.

561 U.S. 1040, 130 S. Ct. 3543, 177 L. Ed. 2d 1119, 2010 U.S. LEXIS 5530.

June 29, 2010. Appeal from the United States District Court for the District of Columbia. Judgment affirmed. Justice Scalia, Justice Kennedy, and Justice Thomas would note probable jurisdiction and set the case for oral argument.

Same case below, 698 F. Supp. 2d 150.

## No. 08-1497. National Rifle Association of America, Inc., et al., Petitioners v. City of Chicago, Illinois, et al.

561 U.S. 1041, 130 S. Ct. 3543, 177 L. Ed. 2d 1119, 2010 U.S. LEXIS 5538.

June 29, 2010. The Court reversed the judgment below in McDonald v. Chicago, 561 U.S. 742, 130 S. Ct. 3020, 177 L. Ed. 2d 894 (2010). Therefore, petition for writ of certiorari granted, and case remanded to the United States Court of Appeals for the Seventh Circuit for further proceedings.

Same case below, 567 F.3d 856.

## No. 08-1592. James M. Maloney, Petitioner v. Kathleen A. Rice, District Attorney, Nassau County, New York.

561 U.S. 1040, 130 S. Ct. 3541, 177 L. Ed. 2d 1119, 2010 U.S. LEXIS 5539.

June 29, 2010. Petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Second Circuit for further consideration in light of McDonald v. Chicago, 561 U.S. 742, 130 S. Ct. 3020, 177 L. Ed. 2d 894 (2010). Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 554 F.3d 56.

## No. 08-1509. Classen Immunotherapies, Inc., Petitioner v. Biogen IDEC, et al.

561 U.S. 1040, 130 S. Ct. 3541, 177 L. Ed. 2d 1119, 2010 U.S. LEXIS 5533.

June 29, 2010. Petition for writ of certiorari granted. Judgment vacated, and

case remanded to the United States Court of Appeals for the Federal Circuit for further consideration in light of Bilski v. Kappos, 561 U.S. 593, 130 S. Ct. 3218, 177 L. Ed. 2d 792 (2010).

Same case below, 304 Fed. Appx. 866.

**No. 09-490. Mayo Collaborative Services, dba Mayo Medical Laboratories, et al., Petitioners v. Prometheus Laboratories, Inc.**

561 U.S. 1040, 130 S. Ct. 3543, 177 L. Ed. 2d 1120, 2010 U.S. LEXIS 5537.

June 29, 2010. Petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Federal Circuit for further consideration in light of Bilski v. Kappos, 561 U.S. 593, 130 S. Ct. 3218, 177 L. Ed. 2d 792 (2010).

Same case below, 581 F.3d 1336.

**No. 09-167. Richard Scrushy, Petitioner v. United States.**

**No. 09-182. Don Eugene Siegelman, Petitioner v. United States.**

561 U.S. 1040, 130 S. Ct. 3541, 177 L. Ed. 2d 1120, 2010 U.S. LEXIS 5528.

June 29, 2010. Petitions for writs of certiorari granted. Judgment vacated, and cases remanded to the United States Court of Appeals for the Eleventh Circuit for further consideration in light of Skilling v. United States, 561 U.S. 358, 130 S. Ct. 2896, 177 L. Ed. 2d 619 (2010).

Same cases below, 561 F.3d 1215.

**No. 09-929. Jack L. Hargrove, Petitioner v. United States.**

561 U.S. 1041, 130 S. Ct. 3543, 177 L. Ed. 2d 1120, 2010 U.S. LEXIS 5527.

June 29, 2010. Petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Seventh Circuit for further consideration in light of Skilling v. United States, 561 U.S. 358, 130 S. Ct. 2896, 177 L. Ed. 2d 619 (2010).

Same case below, 579 F.3d 752.

**No. 09-1035. Imad Salim Hereimi, Petitioner v. United States.**

561 U.S. 1041, 130 S. Ct. 3543, 177 L. Ed. 2d 1120, 2010 U.S. LEXIS 5535.

June 29, 2010. Petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Ninth Circuit for further consideration in light of Skilling v. United States, 561 U.S. 358, 130 S. Ct. 2896, 177 L. Ed. 2d 619 (2010).

Same case below, 357 Fed. Appx. 82.

**No. 09-6425. Paul H. Richards and Bevan Atlee Thomas, Petitioners v. United States.**

**No. 09-6516. Paula Harris, Petitioner v. United States.**

561 U.S. 1041, 130 S. Ct. 3542, 177 L. Ed. 2d 1120, 2010 U.S. LEXIS 5534.

June 29, 2010. Motions of petitioners for leave to proceed in forma pauperis and